IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL T. MONTOYA § <br> PRIME MORTGAGE INVESTMENTS, INC. § <br> FARID SEIF § <br> RANDY DEPOISTER § <br> § <br> Plaintiffs § <br> § <br> Vs. § <br> § <br> MOHAMMED H. BIN LADIN § <br> TAMM COMMUNICATIONS/TAMM § <br> MODERN ADVERTISING CO. LTD. § <br> TAMM COMMUNICATIONS § <br> TAMM MODERN ADVERTISING CO. LTD. § <br> HASAN BIN LADIN § <br> SAUDI BIN LADIN GROUP § <br> AMIR BEHBAHANI § <br> KHALIL MOHAMMED BIN LADIN § <br> THE SAUDI BRITISH BANK § <br> FRANCIS REEVES § <br> WIDDER INVESTMENT LIMITED § <br> ECOTRADE AG § <br> DR. TOMAS KARASEK § <br> <br> Defendants | CIVIL ACTION NO. 10-1148 |



**PLAINTIFFS' STATUS REPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Michael T. Montoya, Prime Mortgage Investments, Inc., Farid Seif and Randy Depoister (collectively referred to as "Plaintiffs") hereby submit the following status report in response to the Court's Order (12/9/2010) for counsel for plaintiffs to file a status report within 10 days explaining why service has not been made:

1. On 12/2/10 during the initial conference held before Magistrate Judge Frances H. Stacy, counsel for Plaintiffs advised the Court that service had been attempted on the the Saudi Arabia defendants by International Registered Mail, Return Receipt

1

Requested, but that neither the receipts nor the mailings were returned. Counsel for Plaintiffs believed such service was proper because Saudi Arabia was not a signatory to the Hague Conference.

2. Counsel for Plaintiffs further advised the Court that (A) counsel for Plaintiffs was no longer able to represent the Plaintiffs alone and was going to associate another attorney (Craig Lewis) to represent Plaintiffs (counsel for Plaintiffs, Thomas A. Dardas, is a 100% disabled veteran currently experiencing chronic pain and is under medication possibly affecting his capacity to act alone as counsel for Plaintiffs); (B) counsel for Plaintiffs would amend the pleadings to reduce the number of Defendants and more specifically expand the facts of the pleadings; and (C) counsel for Plaintiffs would implement additional service of process on the remaining Defendants.

3. As a result of the above mentioned circumstances, counsel for Plaintiffs requested the Court to reset the Initial Conference of that day to a later date.

4. The Court thereupon reset the date of the Initial Conference to 4/6/11 and advised counsel for Plaintiffs that the appearance of additional counsel should be filed by 12/31/10 and that pleading should be amended by 1/31/11. Counsel for Plaintiffs believed that the Court also agreed that additional services of process would be completed by 2/28/11, but may be mistaken.

Whereupon counsel for Plaintiffs requests the Court to permit counsel to initiate additional service of process upon Defendants on or before 2/28/11.

Respectfully submitted,

*Thomas A. Dardas* (signature)

Thomas A. Dardas
Texas State Bar No. 05378700
Federal I.D. No. 1071711
DARDAS & ASSOCIATES
11211 Valley Spring Dr.
Houston, TX 77024
(281) 293-7140
(281) 497-3201 (Fax)
t.dardas@sbcglobal.net

Counsel for Plaintiffs

**DARDAS & ASSOCIATES**
11211 Valley Spring Dr.
Houston, TX   77024
PH: 281-293-7140
FAX: 281-497-3201

Thomas A. Dardas

December 20, 2010

Michael N. Milby                                                                                    *[By Hand]*
Clerk of Court
United States District Court
Southern District of Texas
515 Rusk St.
Houston, TX   77002

RE:   **CV No. 10-1148** *Michael T. Montoya, et al vs. Mohammed H. Bin Ladin, et* al; In the U.S.D.C. for the Southern District of Texas, Houston Division

Dear sir:

Enclosed for filing in the above-styled cause of action please find duplicate originals of the Plaintiffs' Status Report.

Please file-stamp the extra copy that is also enclosed, for our file.

It is necessary to hand deliver this status report for filing, inasmuch as I do not have access to e-filing at the present time.

Please call[1] if anything further is needed.

Thank you for your attention to this matter.

Sincerely,

*Thomas A Dardas*

Thomas A. Dardas

TAD:bn
Enclosures

---

[1] Barbara Norris, Assistant to Thomas A. Dardas: 713-238-7718