UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |  |
|---|---|---|
| MICHAEL T. MONTOYA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-10-1148 |
| | § | |
| MOHAMMED H. BIN LADIN, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO SOME OF THE DEFENDANTS

In accordance with Plaintiffs' Notice Of Voluntary Dismissal, Without Prejudice, As To Some, But Not All, Of The Defendants filed January 27, 2011  (No. 10 ),  this case is DISMISSED  without prejudice as to Amir Behbahani, Khalil Mohammed Bin Ladin, The Saudi British Bank, Francis Reeves, Widder Investment Limited, Ecotrade AG, and Dr. Tomas Karesek, under Rule 41(a)(1)(A)(i) , Federal Rules of Civil Procedure.  Plaintiffs are NOT dismissing remaining named defendants.  The costs and fees, including attorney's fees, are to be borne by the party which incurred them.

SIGNED at Houston, Texas, this 31st day of January, 2011.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE