UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL T. MONTOYA, § <br> PRIME MORTGAGE INVESTMENTS, INC., § <br> FARID SEIF, § <br> RANDY DEPOISTER, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> MOHAMMED H. BINLADIN, § <br> TAMM COMPANY, § <br> TAMM COMMUNICATIONS/TAMM § <br> MODERN ADVERTISING CO. LTD., § <br> TAMM COMMUNICATIONS, § <br> TAMM MODERN ADVERTISING CO. LTD., § <br> SAUDI BIN LADIN GROUP, § <br> HASAN BINLADIN, § <br> § <br> Defendants. § | Civil Action No. 4:10-cv-01148 |

**STIPULATION AND PROPOSED ORDER REGARDING
EXTENSION OF TIME TO RESPOND TO
PLAINTIFFS' FIRST AMENDED COMPLAINT**

Plaintiffs Michael T. Montoya, Prime Mortgage Investments, Inc., Farid Seif, and Randy Depoister ("Plaintiffs") and Defendants Mohammed H. Binladin, TAMM Company, TAMM Communications/TAMM Modern Advertising Co. Ltd., TAMM Communications, TAMM Modern Advertising Co. Ltd., Hasan Binladin, and Saudi Binladin Group ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

The Defendants' time to answer, move or otherwise respond to the Plaintiffs' January 27, 2011 First Amended Complaint ("Amended Complaint") is extended to and includes April 29, 2011.

This stipulation and agreement of the parties is without prejudice to, and the Defendants do not waive, any defense that the Defendants may assert in any motion or responsive pleading,

including but not limited to any defenses or objections regarding lack of personal jurisdiction, forum non-conveniens or improper venue. However, Defendants will not challenge the fact they received the summons to respond to the Plaintiffs' Amended Complaint.

Dated: February 17, 2011.

| THE LEWIS LAW FIRM | BEIRNE, MAYNARD & PARSONS L.L.P. |
|---|---|
| /S/ Craig Lewis* (signed by permission) | /S/ Martin D. Beirne |
| **Craig Lewis** | **Martin D. Beirne** |
| Texas Bar No. 12283500 | Texas Bar No. 02055000 |
| **John J. Brothers** | Federal I.D. No. 3120 |
| Texas Bar No. 24064955 | **David A. Pluchinsky** |
| 2905 Sackett Street | Texas Bar No. 16074400 |
| Houston, Texas 77098 | Federal I.D. No. 9159 |
| Tel. (713) 238-7715 | **Darin L. Brooks** |
| Fax (713) 238-7888 | Texas Bar No. 00796252 |
| | Fed. I.D. No. 22788 |
| ATTORNEYS FOR PLAINTIFFS | 1300 Post Oak Boulevard, Suite 2500 |
| | Houston, Texas 77056 |
| | Tel. (713) 623-0887 |
| | Fax (713) 960-1527 |
| | ATTORNEYS FOR DEFENDANTS |