## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Michael T. Montoya, et al.

v.                                               Case No.: 4:10–cv–01148
                                                 Judge Melinda Harmon

Mohammed H. Bin Ladin, et al.

                    Defendant

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Frances H Stacy

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/5/11

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:    April 4, 2011

                                                 David Bradley, Clerk